RE: Contract Number 2133454
Contract Date 09-07-1995
Payee: Wanda E. Bernal

July 4, 2007

Dear Sir or Madam,

   I am writing in reference to my upcoming 2010 Annunity check. I am requesting a hearing or meeting of some sort to speak with someone regarding the release of my monies early due to serious hardships in my life at this time that would be significantly changed if I was not in such of a financial bind at this time. As you know I am disabled due to the accident and the only means of income is my annuity. My health and back injury is deteriorating. I have many special needs that would help my situation and health, but these needs also are expensive, And with my income I can not afford them. Listed are a few of the special needs and explanations why they are needed and approximate costs.

Special Orthapaedic Mattress, to reduce pain and swelling and promote healthy spine alignment.. cost $2,500.00

Multiple Teeth Extraction, due to years of medications needed for injuries substained from the accident my teeth are severly rotted and decayed and need taken out as soon as possible.. $2,00.00

Dentures, to replace teeth that were extracted $2,000.00
Home Improvements, I am unable to do them myself due to my injury.. $1,000

Relocate Residece, I need to move to a one story home, I had a knee replacement surgery and may need anonther surgery on my other knee and hback and using stairs in causing further injuries to myself.. $2.800.00

These listed are just a few of the nessecary needed items. Unfortunately I can not wait until 2010 for the check I am to recieve. My injuries have gotted worse through the years. My life has signifigantly changed and continues to change. I am suffering from depression and with my financial hardships its hard to maintain my a healthy physical and mental life. Having the money I would be able to get the things that I need to get that can not

93cv388 JLL
RGscan
FILED
JUL 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

wait. I would really appreciate your consideration and understanding in releasing my money to me early under these serious situations. In making my financial situation more stable would really help my out signifigantly. Please review this request and respond back to me as soon as possible. I would like the opportunity to meet or speak with you so I can go further into detail and provide any documents needed in help with your decision. Thank You.

*Sincerly,*

*Wanda E. Bernal*

Wanda E. Bernal
7-4-07

Wanda E. Bernal
6 Fourth Ave.
Claymont DE. 19703
302-246-0003
302-750-6269

**Wanda E Bernal**
6 4th Ave
Claymont, DE 19703

WILMINGTON DE 197
05 JUL 2007 PM 2 T



United States District Court
Lockbox 18
844 N. King St
Wilmington DE
19801