OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170



AUG 0 2 2007

TO:   Wanda E. Bernal
      6 Fourth Avenue
      Claymont, DE 19703

RE:   Letter dated July 4, 2007, RE: Contract Number 2133454 (CA 93-388 JLL)

Dear Ms. Bernal:

This is in response to your letter and follow-up phone conversation between you and the Clerk's Office.

Your letter has been reviewed by the Court, along with case documents which were obtained from the Federal Records and Archive Center. A copy of the docket sheet in Civil Action 93-388 JLL, and a copy of the Stipulation for Compromise Settlement Pursuant to 28 U.S.C. § 2677, are attached for your reference.

Please note that Civil Action 93-388 JLL was closed on October 4, 1995, by Stipulation of Dismissal, with prejudice. Unfortunately, with regard to your annuity contract or any matter regarding subject civil action or settlement, there is no action that the Court can take on your behalf. The Court can only suggest that you may want to contact the attorney who acted as your counsel in this matter, contact a new legal services provider, or perhaps you could directly contact the agency who distributes/manages subject funds.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/re

BY: _____
      Deputy Clerk

PETER T. DALLEO
CLERK

cc: Alpha File

Enclosures:
Docket Sheet, CA 93-388 JLL
Stipulation for Compromise Settlement dated 7/24/1995, DI #66
Stipulation of Dismissal dated 10/4/1995, DI #67
Legal Services handout